```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    BRANDT G. CLIFFORD
 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. Cr.S. 11-433-KJN
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND ORDER
13       v.                      )  TO RECALL ARREST WARRANT AND SET
                                 )  FOR ARRAIGNMENT
14  BRANDT G. CLIFFORD,          )
                                 )
15              Defendant.       )  Date:  January 18, 2012
                                 )  Time:  9:00 a.m.
16  _____ )  Judge: Hon. Kendall J. Newman

17

18

19       IT IS HEREBY STIPULATED between the parties through their

20  respective counsel, Justin Lee, Special Assistant United States

21  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

22  attorney for BRANDT G. CLIFFORD, that the Court recall the bench

23  warrant previously issued on November 16, 2011 and set this case for an

24  arraignment on January 18, 2012 at 9:00 a.m.  Mr. Clifford could not be

25  served with his notice to appear earlier this year because he was in a

26  residential PTSD treatment program through the VA.  He has now received

27  notice of this case and contacted the Federal Defender's Office to

28  request appointment of counsel and an appearance date.
```

Mr. Clifford does qualify for appointment of counsel and the Federal Defender anticipates being appointed at his appearance. The parties jointly request that the Court set this matter for arraignment on January 18, 2012 at 9:00 a.m. and recall the pending arrest warrant.

Dated: December 30, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour for
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
BRANDT G. CLIFFORD

Dated: December 30, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Justin Lee
JUSTIN LEE
Special Assistant U.S. Attorney

**ORDER**

The Court hereby orders the arrest warrant recalled and sets this case on its calendar January 18, 2012 for arraignment.

IT IS SO ORDERED.

Dated: January 3, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order -2-