1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  KENDRA G. BERTSCHY
   Certified Student Attorney
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   BRANDT G. CLIFFORD
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) Case No. 2:11-cr-00433 KJN
                                  )
13            Plaintiff,          )
                                  ) STIPULATION AND ORDER CONTINUING
14    v.                          ) A STATUS CONFERENCE
                                  ) HEARING AND EXCLUDING TIME
15 BRANDT G. CLIFFORD,            )
                                  ) DATE:  March 28, 2011
16            Defendant.          ) TIME:  9:00 a.m.
                                  ) JUDGE: Hon. Kendall J. Newman
17 _____)

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, JUSTIN L. LEE, Special Assistant United

20 States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief

21 Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, and

22 Certified Student Attorney, KENDRA G. BERTSCHY, that the Status

23 Conference Hearing date of March 7, 2012 at 9:00 a.m. be vacated.  It

24 is also stipulated that the matter be continued for a Status Conference

25 Hearing on March 28, 2011 at 9:00 a.m.

26      This continuance is requested because the parties are in the

27 process of plea negotiation.  The parties need more time to formalize a

28 plea agreement or pre-trial diversion.  Defense counsel needs time to

provide the Government with documents. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Status Conference Hearing which is set for March 28, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(A)(iv) and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)(iv)11.

Dated: March 6, 2012  Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour for
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
SARAH ANN O'NEAL

/s/ Kendra G. Bertschy
KENDRA G. BERTSCHY
Certified Student Attorney

Dated: March 6, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Justin L. Lee
JUSTIN L. LEE
Special Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: March 6, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE