DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
KENDRA G. BERTSCHY
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDT G. CLIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-00433-KJN |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| v. | |
| BRANDT G. CLIFFORD, | DATE: April 25, 2011 |
| Defendant. | TIME: 9:00 a.m. |
| | JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN L. LEE, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, and Certified Student Attorney, KENDRA G. BERTSCHY, that the Status Hearing date of March 28, 2012 at 9:00 a.m. be vacated. It is also stipulated that the matter be rescheduled for a Status Conference Hearing on April 25, 2012 at 9:00 a.m.

The Prosecution has agreed to pretrial diversion and the parties are in the process of negotiating the terms of the agreement. Pretrial services has been notified and is setting up a time to interview Mr.

1 | Clifford.  Pretrial services needs time to be able to interview Mr.
2 | Clifford, write a report, and create the pretrial diversion agreement.
3 | The parties further agree that the time should be excluded from the
4 | date of this Order until the Status Conference Hearing which is set for
5 | April 25, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)(iv), 18 U.S.C.
6 | 3161(h)(2), Local Code T4 (reasonable time to prepare), and Local Code
7 | I.  The interests of justice served by granting this continuance
8 | outweigh the best interests of the public and the defendant in a speedy
9 | trial.  18 U.S.C. § 3161(h)(7)(A)(iv)11.

Dated: March 27, 2012                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Defender


                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         BRANDT G. CLIFFORD

                                         /s/ Kendra G. Bertschy
                                         KENDRA G. BERTSCHY
                                         Certified Student Attorney

Dated: March 27, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         /s/ Justin L. Lee
                                         JUSTIN L. LEE
                                         Special Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: March 27, 2012

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE