1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  KENDRA G. BERTSCHY
   Certified Student Attorney
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   BRANDT G. CLIFFORD
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,      ) Case No. 2:11-CR-00433-KJN
                                  )
13            Plaintiff,          ) STIPULATION AND ORDER CONTINUING
                                  ) STATUS HEARING AND EXCLUDING TIME
14      v.                        )
   BRANDT G. CLIFFORD,            )
15                                ) DATE:  May 16, 2012
              Defendant.          ) TIME:  9:00 a.m.
16                                ) JUDGE: Hon. Kendall J. Newman
                                  )
17 _____)

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, JUSTIN L. LEE, Special Assistant United

20 States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief

21 Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, and

22 Certified Student Attorney, KENDRA G. BERTSCHY, that the Status Hearing

23 date of April 25, 2012 at 9:00 a.m. be vacated.  It is also stipulated

24 that the matter be rescheduled for a Status Conference Hearing on May

25 16, 2012 at 9:00 a.m.

26      The Prosecution has agreed to pretrial diversion and the parties

27 are in the process of negotiating the terms of the agreement.  Pretrial

28 services has been notified and has interviewed Mr. Clifford.  Pretrial

1  services needs additional time to create the pretrial diversion

2  agreement.  The parties further agree that the time should be excluded

3  from the date of this Order until the Status Conference Hearing which

4  is set for May 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)(iv), 18

5  U.S.C. 3161(h)(2), Local Code T4 (reasonable time to prepare), and

6  Local Code I.  The interests of justice served by granting this

7  continuance outweigh the best interests of the public and the defendant

8  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A)(iv).

9

10  Dated: April 20, 2012                    Respectfully submitted,

11                                           DANIEL J. BRODERICK
                                             Federal Defender
12

13                                           /s/ Dennis S. Waks for
                                             LINDA C. HARTER
14                                           Chief Assistant Federal Defender
                                             Attorney for Defendant
15                                           BRANDT G. CLIFFORD

16                                           /s/ Kendra G. Bertschy
                                             KENDRA G. BERTSCHY
17                                           Certified Student Attorney

18  Dated: April 20, 2012                    BENJAMIN B. WAGNER
                                             United States Attorney
19

20                                           /s/ Justin L. Lee
                                             JUSTIN L. LEE
21                                           Special Assistant U.S. Attorney
                                             Attorney for Plaintiff
22
                              **O R D E R**
23
   IT IS SO ORDERED.
24
   Dated: April 23, 2012
25

26

27

28  _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

Stip/Order/Clifford                    -2-