1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  KENDRA G. BERTSCHY
   Certified Student Attorney
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   BRANDT G. CLIFFORD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-CR-00433-KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING |
| | ) STATUS HEARING AND EXCLUDING TIME |
| v. | ) |
| BRANDT G. CLIFFORD, | ) DATE:  June 27, 2012 |
| | ) TIME:  9:00 a.m. |
| Defendant. | ) JUDGE: Hon. Kendall J. Newman |
| _____ | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JUSTIN L. LEE, Special Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for BRANDT G. CLIFFORD, and Certified Student Attorney, KENDRA G. BERTSCHY, that the Status Hearing date of May 30, 2012 at 9:00 a.m. be vacated.  It is also stipulated that the matter be rescheduled for a Status Conference Hearing on June 27, 2012 at 9:00 a.m.

Pretrial services has created a pretrial diversion agreement that the parties have agreed to.  The parties need additional time to finalize the agreement.

The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Status Conference Hearing which is set for June 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A)(iv), 18 U.S.C. 3161(h)(2), Local Code T4 (reasonable time to prepare), and Local Code I. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)(iv).

Dated: May 29, 2012    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour for
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
BRANDT G. CLIFFORD

/s/ Kendra G. Bertschy
KENDRA G. BERTSCHY
Certified Student Attorney

Dated: May 29, 2012    BENJAMIN B. WAGNER
United States Attorney

/s/ Justin L. Lee
JUSTIN L. LEE
Special Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated: May 29, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stip/Order/Clifford        -2-